**UNITED STATES of America ex rel. Peter L. RAMBEAU, Appellant,**

v.

**Alfred T. RUNDLE, Superintendent, State Correctional Institution, Graterford, Pennsylvania, and Commonwealth of Pennsylvania (York County, Pennsylvania).**

**No. 18779.**

United States Court of Appeals, Third Circuit.

Submitted on Briefs Dec. 18, 1970.

Decided Jan. 4, 1971.

Peter L. Rambeau, pro se.

Joseph E. Erb, Asst. Dist. Atty., York, for appellee.

Before HASTIE, Chief Judge, and FREEDMAN and GIBBONS, Circuit Judges.

Opinion of the Court 2

PER CURIAM.

We have examined with care the contentions made on this appeal from the denial of relator's petition for habeas corpus. We find the appeal to be without merit.

The judgment of the district court will be affirmed.